4774.  W,ESTERN & ATLANTIC RAILROAD CO. v. SWANSON.

HILL, C. J.  Damages are not recoverable for the negligent killing of a
dog by the running of the locomotive and cars of a railroad company.
*Gaddis* v. *Southern Ry. Co.*, 9 *Ga. App.* 272 (71 S. E. 7).  In the
present case there was no evidence that the killing of the dog was caused
by the wilful, wanton, or malicious act of the agents of the railroad
company; and therefore the verdict against the company was unau-
thorized by law.                                          *Judgment reversed.*
                    DECIDED AUGUST 25, 1913.

Action for damages—appeal; from Catoosa superior court—
Judge Fite.  February 24, 1913.

*Tye, Peeples & Jordan, Maddox, McCamy & Shumate,* for plain-
tiff in error.